**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **KELVIN JONES (# 15032052),** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:16-cv-00215-O** |
| | § | |
| **SHERIFF LUPE VALDEZ et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* Findings, Conclusions & Recommendation ("FCR"), ECF No. 39. Plaintiff filed an objection. *See* Pl.'s Obj., ECF No. 40. The Court has conducted a de novo review of those portions of the proposed findings, conclusions, and recommendation to which an objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court hereby **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Defendants' Motion for Summary Judgment as to the affirmative defense of qualified immunity (ECF No. 25) is hereby **GRANTED** and Plaintiff's sole remaining claim, for deliberate indifference in violation of the Eighth Amendment, is hereby **DISMISSED with prejudice**.

**SO ORDERED** on this **22nd day** of **February, 2017.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**